U.S. DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO AGUILAR GARCIA,<br><br>    Petitioner,<br><br>vs.<br><br>POLLY KAISER, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security;<br><br>TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;<br><br>Kristi NOEM, Secretary, U.S. Department of Homeland Security; and<br><br>PAM BONDI, Attorney General of the United States;<br><br>    Respondents. | Case No.: _____<br><br>[PROPOSED] ORDER GRANTING PETITIONER'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER |

[PROPOSED] ORDER GRANTING PETITIONER'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

Good cause having been shown, this Court ORDERS that Respondents may not re-incarcerate Petitioner unless and until he is afforded a pre-deprivation hearing before a neutral decision maker where the government must establish, by clear and convincing evidence, that his re-incarceration is necessary because he is a danger to the community or a flight risk.

_____
United States District Judge