CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile:  (510) 637-3724
    michael.keough@usdoj.gov

*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| RICARDO AGUILAR GARCIA, | Case No. 4:25-cv-05070-KAW |
| Petitioner, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION** |
| v. | |
| POLLY KAISER, et al., | |
| Respondents. | |

    Petitioner and Respondents (together, the "Parties") hereby stipulate and jointly request that the Court adopt the briefing and hearing schedule as set forth below.

    On June 14, 2025, Petitioner filed a petition for writ of habeas corpus, along with an *ex parte* application for a temporary restraining order and preliminary injunction. *See* Dkt. 1, 2. The temporary restraining order was entered the same day. *See* Dkt. 3. That order directed briefing from Respondents as to why a preliminary injunction should not issue by June 18, 2025, and set a hearing on the matter for June 23, 2025. *See id.*

    To allow for sufficient time to address the jurisdictional and other issues implicated by the preliminary injunction motion, the Parties respectfully request the Court enter the following briefing schedule:

- Respondents' opposition to the motion for preliminary injunction: by June 30, 2025.
- Petitioner's optional reply: by July 11, 2025.
- Hearing: July 18, 2025, or as soon thereafter as the Court is available.

The Parties further request that the June 14, 2025 temporary restraining order (Dkt. 3) remain in effect while the motion for preliminary injunction is pending.

IT IS SO STIPULATED.

DATED: June 17, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Respondents*

/s/ *Raha Jorjani**
RAHA JORJANI
Managing Immigration Attorney
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER

*Attorney for Petitioner*

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the Parties, IT IS SO ORDERED. The Parties shall comply with the following schedule with regards to the pending preliminary injunction motion:

- Respondents' opposition to the motion for preliminary injunction: by June 30, 2025.
- Petitioner's optional reply: by July 11, 2025.
- Hearing: September 4, 2025 at 10:00 a.m. in Courtroom 8 in San Francisco.

The June 14, 2025 temporary restraining order (Dkt. 3) remains in effect until the pending preliminary injunction motion is decided.

Dated: June 20, 2025

UNITED STATES DISTRICT JUDGE



GRANTED
Judge Jacqueline Scott Corley

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR PI MOTION
Case No: 4:25-cv-05070-KAW