UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated: July 1, 2025

By: _____
Ada Means, Deputy Clerk