UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO AGUILAR GARCIA,<br><br>Petitioner,<br><br>v.<br><br>POLLY KAISER, et al.,<br><br>Respondents. | Case No. 3:25-cv-05070-JSC<br><br>**ORDER DENYING EMERGENCY MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 29 |

On October 24, 2025, the Court denied Petitioner's motion for a preliminary injunction because he had not established a likelihood of success on the merits or a serious question on the merits of his habeas petition and issued as order to show cause as to why his petition should not be dismissed as moot now that his detention is governed by 8 U.S.C. § 1231(a)(2). (Dkt. No. 28.) Petitioner's emergency motion for reconsideration, which the government opposes, is now pending before the Court. (Dkt. Nos. 29, 31.) Oral argument is unnecessary. *See* Civ. L.R. 7-1(b). Petitioner's motion for reconsideration is DENIED as there is no legal basis for the relief he seeks. *See* Civ. L.R. 7-9(b)((1)-(3) (outlining the grounds for a motion for reconsideration); *see also Rauda v. Jennings*, 55 F.4th 773, 778 (9th Cir. 2022) (" No matter how [petitioner] frames it, his challenge is to the Attorney General's exercise of his discretion to execute [petitioner's] removal order, which we have no jurisdiction to review).

This Order disposes of Docket No. 29.

**IT IS SO ORDERED.**

Dated: October 30, 2025

JACQUELINE SCOTT CORLEY
United States District Judge